E Record and Return to:
Doonan, Graves & Longoria
Attn: Janice Geier
100 Cummings Center, 225D
Beverly, Massachusetts 01915

Doc# 2012053680
Bk 16460 Pg 4
Received York SS
11/13/2012 1:27PM
Debra L. Anderson
Register of Deeds

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, **Vertical Lend Inc.**, whose address is 3 Huntington Quadrangle, 3rd Floor., Suite 303N, Melville, NY 11747 ("ASSIGNOR"), hereby sells, assigns, and transfers to **Reverse Mortgage Solutions, Inc.**, whose address is 2727 Spring Creek Drive, Spring, TX, 77373 ("ASSIGNEE"), the Assignor's interest in a certain note; and mortgage to **Vertical Lend Inc.** made by **Robert Perkins** has been given to secure payment of the sum of $384,037.00 and interest, dated March 16, 2007, in **York County Registry of Deeds** in **Book 15117, Page 257**, describing land therein as:

**7 Percy Lane, Wells, Maine 04090**

**Vertical Lend Inc., Assignor**

Dated: November 2, 2012

By: Debbie Sims
Its: VP

### CORPORATE ACKNOWLEDGMENT

State of Texas )
County of Harris ) ss.

On the 2nd day of November in the year 2012 before me, the undersigned, personally appeared Debbie Sims, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned.
I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.

VANESSA L. LEWIS
MY COMMISSION EXPIRES
September 17, 2016

Notary Public
My commission expires: 9-17-2016

**EXHIBIT D**